UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RANDY BUCHANAN and DONNA BUCHANAN, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SIMPLOT FEEDERS, LLC, an Idaho limited liability company; and TYSON FRESH MEATS, INC., a Delaware corporation; and IBP, INC., a Delaware corporation,<br><br>Defendants. | NO. 4:19-CV-5209-TOR<br><br>ORDER GRANTING STIPULATED MOTIONS |

BEFORE THE COURT is the Parties' Stipulated Motion for Protective Order (ECF No. 24), Stipulated Motion to Dismiss Defendant IBP, Inc. (ECF No. 25), and Joint [Motion] Stipulation and [Proposed] Federal Rule of Evidence 502(d) Order (ECF No. 27). The Motions were submitted for consideration without oral argument. The Court has reviewed the record and files herein, and is

ORDER GRANTING STIPULATED MOTIONS ~ 1

fully informed.  Pursuant to the Parties' stipulations, the Motions (ECF Nos. 24; 25; 27) are **granted**.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion for Protective Order (ECF No. 24) is **GRANTED**.  The terms of the Protective Order are found at ECF No. 24-1 and are fully incorporated herein by this reference.

2. The Parties' Stipulated Motion to Dismiss Defendant IBP, Inc. (ECF No. 25) is **GRANTED**.  Defendant IPB, Inc., is dismissed with prejudice from the action, each party to pay its own attorney's fees and costs.

3. The Parties' Joint [Motion] Stipulation and [Proposed] Federal Rule of Evidence 502(d) Order (ECF No. 27) is **GRANTED**.  The terms of the Federal Rule of Evidence 502(d) Order found at ECF No. 27 are fully incorporated herein by this reference.

The District Court Executive is directed to enter this Order, furnish copies to counsel, and terminate Defendant IBP, Inc., from the docket.

**DATED** January 13, 2020.



THOMAS O. RICE
Chief United States District Judge