UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RANDY BUCHANAN and DONNA BUCHANAN, individuals,<br><br>                        Plaintiffs,<br><br>    v.<br><br>SIMPLOT FEEDERS, LLC, an Idaho limited liability company; and TYSON FRESH MEATS, INC., a Delaware corporation,<br><br>                        Defendants. | NO. 4:19-CV-5209-TOR<br><br>ORDER MODIFYING ORDER ON MOTION FOR SUMMARY JUDGMENT |

BEFORE THE COURT are Defendant Tyson Fresh Meat, Inc.'s ("Tyson") Motion for Entry of Judgment (ECF No. 147) and Plaintiffs' Memorandum in Opposition (ECF No. 156).  These matters were submitted for consideration without oral argument.  The Court has reviewed the record and files herein and is fully informed.  For the reasons outlined in Plaintiffs' memorandum the Motion for Entry of Judgment (ECF No. 147) is **denied**.

ORDER MODIFYING ORDER ON MOTION FOR SUMMARY JUDGMENT ~ 1

Because Tyson only sought partial summary judgment on the issue of noise and flies, not on dust and odors, the Court reinstates Tyson as a Defendant in this case.

Currently pending is a Motion for Summary Judgment by Simplot Feeders. ECF No. 141. Pursuant to the Third Amended Scheduling Order, a Jury Trial is currently scheduled for December 5, 2022, in Spokane. The Court is vacating the trial pending the disposition of the pending motion(s) for summary judgment. Because the remaining claims against Tyson overlap the claims against Simplot, the Court will allow Tyson to file a motion for summary judgment within the next 8 days.

**ACCORDINGLY, IT IS SO ORDERED.**

1. The Clerk of Court is ordered to reinstate Defendant Tyson Fresh Meat, Inc.'s as a Defendant in this matter.

2. Defendant Tyson Fresh Meat, Inc.'s Motion for Entry of Judgment, ECF No. 147, is **DENIED**.

3. Defendant Tyson Fresh Meat, Inc.'s may file a motion for summary judgment by **November 25, 2022.** Response to said motion is due no later than **December 9, 2022.** The optional Reply is due by **December 16, 2022.**

4.  The Jury Trial is currently scheduled for December 5, 2022, in Spokane, is **VACATED** until further order of the Court.

The District Court Executive is directed to enter this Order and furnish copies to counsel.

DATED November 17, 2022.



THOMAS O. RICE
United States District Judge

ORDER MODIFYING ORDER ON MOTION FOR SUMMARY JUDGMENT ~ 3