AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 06, 2023**

SEAN F. McAVOY, CLERK

RANDY BUCHANAN and  
DONNA BUCHANAN,  
*Plaintiff*  
v.  
SIMPLOT FEEDERS, LLC, and  
TYSON FRESH MEATS, INC.,  
*Defendant*

)
)
)
)
)
)

Civil Action No. 4:19-CV-5209-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant Simplot Feeder LLC's Motion for Summary Judgment (ECF No. 141) is GRANTED. Defendant Tyson Fresh Meat, Inc.'s Motion for Summary Judgment (ECF No. 167) is GRANTED. Plaintiffs' claims against Defendants are DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on Defendants' motions for summary judgment (ECF Nos. 141, 167).

Date: January 6, 2023

*CLERK OF COURT*

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry