AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 01, 2023**

SEAN F. MCAVOY, CLERK

RANDY BUCHANAN and
DONNA BUCHANAN,
*Plaintiff*

v.

SIMPLOT FEEDERS, LLC, and
TYSON FRESH MEATS, INC.,
*Defendant*

)
)
)
)
)
)

Civil Action No.  4:19-CV-5209-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  1. Defendant Tyson Fresh Meat, Inc. is awarded the amount of $9,420.80 in attorneys' fees and $4,837.70 in costs payable by Plaintiffs Randy Buchanan and Donna Buchanan, jointly and severally.
2. Defendant Simplot Feeders, LLC is awarded the amount of $672,299.69 in attorneys' fees and $201,183.43 in costs payable by Plaintiffs Randy Buchanan and Donna Buchanan, jointly and severally.
3. Interest shall accrue at the statutory rate provided by 28 U.S.C. § 1961.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE

on Defendants' Motions for Award of Attorneys' Fees and Costs (ECF Nos. 193, 194), and Plaintiffs' Motion to Extend Deadlines (ECF No. 206).

Date:  March 1, 2023

*CLERK OF COURT*

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry